UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 03-697 (WJM) |
| v. | : | |
| RAFAEL ALEX MERCEDES, a/k/a "PACHUCO" | : | <u>SEALING ORDER</u> |

This matter having come before the Court upon the application of the United States of America, by Christopher J. Christie, United States Attorney (Marion Percell, Assistant United States Attorney, appearing) for an order sealing the Affidavit in Support of Request for Extradition and the exhibits thereto, and for good cause shown,

IT IS on this 9th day of January, 2008,

ORDERED that the Affidavit in Support of Request for Extradition and the exhibits attached thereto be filed under seal, and it is

FURTHER ORDERED that, except for copies needed to effectuate the extradition of the defendant, the Affidavit in Support of Request for Extradition and the exhibits attached thereto are hereby sealed until the arrest of the defendant.

_____
HON. MARK FALK
UNITED STATES MAGISTRATE JUDGE